UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CONCORD COMMONS LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCIAL DEFEASANCE, LLC, and DEFEASANCE HOLDING COMPANY, LLC,<br><br>Defendants. | Civil Action No. 3:08-cv-00444-RJC-CH<br><br><br>**ORDER** |

### ORDER

Before the Court is Defendants' consent motion to stay this matter pending resolution of Defendants' motion to dismiss a similar lawsuit in this Court, *Larkey-Wrigley, LLC v. Commercial Defeasance, LLC, and Defeasance Holding Company, LLC*, 3:07-CV-376-RJC-CH (the "Larkey-Wrigley Action"). Upon consideration of the motion, made with the consent of Plaintiff, and for good cause shown,

IT IS HEREBY ORDERED that this matter and all proceedings herein are stayed pending the Court's final ruling on Defendants' motion to dismiss in the Larkey-Wrigley Action. The stay shall be lifted, and Defendants' answer or other response to Plaintiff's Complaint shall be due, on the 30th day after the Court issues a final ruling on Defendants' motion to dismiss the Larkey-Wrigley Action.

**SO ORDERED**.

Signed: March 10, 2009

*/s/ Carl Horn, III*

Carl Horn, III
United States Magistrate Judge